# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Chadwick Javon Strong<br>*Defendant(s)* | )<br>)<br>) Case No.  3:21-mj- 168<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   2018 to July 13, 2021   in the county of   Mecklenburg and Cleveland   in the   Western   District of   North Carolina  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 (count 1) | Conspiracy to distribute/PWID controlled substances (2018 to 7/13/2021) |
| 21 USC 841 (counts 2 and 5) | PWID controlled substances (4/2/2018 and 7/13/2021) |
| 18 USC 924(c) (counts 3 and 6) | Possession of firearm in furtherance of drug trafficking (4/2/2018 and 7/13/2021) |
| 18 USC 922(g) (counts 4 and 7) | Felon in possession of firearm (4/2/2018 and 7/13/2021) |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

/s/ J. David Brogdon
*Complainant's signature*

J. David Brogdon
*Printed name and title*

Sworn in accordance with Rule 4.1

Signed: July 14, 2021

David S. Cayer
United States Magistrate Judge

Date:  07/14/2021

City and state:   Charlotte, North Carolina     Honorable David S. Cayer, U.S. Magistrate Judge
*Printed name and title*